UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 07-00906-CJC(MLGx)               Date September 5, 2008

Title   Warner Bros Records Inc., et al. v. Christina Staff

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

-------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------

Attorneys for Plaintiff                          Attorneys for Defendant

Not Present                                      Not Present

-------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐       Case previously closed in error.  Make JS-5.

X       Case should have been closed on entry dated June 2, 2008 [11].  Make JS-6.

☐       Case settled but may be reopened if settlement is not consummated within __
        days.  Make JS-6.

☐       Other _____

☐       Entered _____.


CV-74 (08/97)                                    Initials by Deputy Clerk   MU